# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE THORNTON

NO. 2023 KW 0866

OCTOBER 23, 2023

---

In Re:    Willie Thornton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-15-0180.

---

BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.

WRIT DENIED. The exception to the procedural bar and time limitation set forth in La. Code Crim. P. arts. 930.4 and 930.8 shall apply only to a substantive claim of factual innocence and shall not apply to any other claims raised by the petitioner. See La. Code Crim. P. arts. 926.2(A) & (B). Relator failed to meet his burden of proof on his factual innocence claim. Therefore, his application for postconviction relief is subject to the time delay set forth in Article 930.8. See La. Code Crim. P. art. 926.2(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (*per curiam*). Furthermore, relator has exhausted his right to state collateral review. See **State v. Thornton**, 2022-00074 (La. 4/5/22), 335 So.3d 246 (*per curiam*).

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT